■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FITZROY MORRIS, Appellant. [757 NYS2d 780] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Flaherty, J.), rendered February 2, 2000, convicting him of murder in the second degree and attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of murder in the second degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Udzinski,* 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

The defendant's contention that he was denied the effective assistance of counsel is without merit (*see People v Benevento,* 91 NY2d 708 [1998]; *People v Satterfield,* 66 NY2d 796 [1985]; *People v Baldi,* 54 NY2d 137 [1981]; *People v Wicker,* 229 AD2d 602 [1996]).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are without merit. Feuerstein, J.P., Smith, H. Miller and Townes, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK PEARSON, Appellant. [757 NYS2d 788] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 12, 2001 (*People v Pearson,* 281 AD2d 494 [2001]), affirming a judgment of the Supreme Court, Queens County, rendered May 22, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, Feuerstein and Goldstein, JJ., concur.